UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST...

2012 JUL 24  AM 11: 42

SGN_____
BY DEPUTY CLERK

TERRANCE J. LAVIGNE

name of plaintiff(s)

CIVIL ACTION

versus

NO._____)

Cajun Deep Foundations, LLC
Cajun Industries, LLC

name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   Discrimination in employment in violation of Title VII. of the Civil Rights Act of 1964, 42 U.S.C. 2000e, et seq., and applicable Louisiana law

2. Plaintiff, Terrance J. Lavigne resides at

   8581 Highway 18 , St. James ,
   street address                     city

   St. James , La. , 70086 , (225) 454-9196
   parish      state   zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, Cajun Deep Foundations, LLC lives at, or its business is located at 15635 Airline Highway ,
   street address

   Baton Rouge , East Baton Rouge , La. ,
   city           parish              state

   70817 , (225) 753-5857 .
   zip code   telephone number

Receipt #4699019943
$350.00

(if more than one defendant, provide the same information for each defendant below)

Cajun Industries, LLC
15635 Airline Highway
Baton Rouge, La. 70817
Telephone: (225) 753-5857

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

I was wrongfully terminated by Cajun Deep Foundations, LLC, and/or Cajun Industries, LLC, on March 22, 2011, allegedly, for violations of company policies. (Continued, see extra sheet(s).)

5. Prayers for Relief (list what you want the Court to do):

a. Award back pay for all work as superintendent all financial relief allowed

b. Award attorneys' fees, costs, expenses

c. Award State Court and Federal Court damages allowable

d. Award injunctive relief

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 20th day of July, 20 12

_____

(signature of plaintiff (s))

## 4. STATEMENT OF CLAIM, CONTINUED -

I was treated less favorably than white male employees who violated the same or similar policies.

Prior to being terminated, I had been being consistently and discriminatorily overlooked and/or denied promotion to and the pay rate of superintendent when I had been acting and performing very satisfactorily in that capacity on numerous projects. White males were regularly brought in from outside or promoted from within to superintendent when some did not fully qualify to do the job, and, often, I trained them or otherwise performed some of their duties.

I was cited for policy violation arising from an incident wherein my action saved Cajun from making a very costly mistake. Others who were White males were not cited for the same action at the same time for which I was cited. The incident was being too close to an open hole.

I was cited for policy violation arising from an accident involving heavy equipment. Other White males have had the same or similar accidents and were not held in violation of Cajun's policies.

I was cited for policy violation arising from a review of my motor vehicle records as kept by the Louisiana Department of Public safety. White males with similar or worse records and/or who otherwise had accidents involving personal and company vehicles were not held in violation of company policy.

I verily believe and so hereby aver that I was retaliated against for seeking the promotion to superintendent and accompanying pay rate; and, Cajun's concern that I could alert OSHA (Occupational Safety And Health Administration regarding incidents reportable to it which were not reported or otherwise "covered up;" and, otherwise opposing unfair employment practices which violate Title VII of the Civil Rights Act of 1964, as amended.